IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

No.  14-12696-CC

———————————————

ETERNAL WORD TELEVISION NETWORK, INC.,

Plaintiff-Appellant,

STATE OF ALABAMA,

Plaintiff,

versus

SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY OF THE U.S. DEPARTMENT OF LABOR,
U.S. DEPARTMENT OF LABOR,
SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY,
U.S. DEPARTMENT OF THE TREASURY,

Defendants-Appellees.

———————————————

Appeal from the United States District Court
for the Southern District of Alabama

———————————————

Before:  TJOFLAT, JILL PRYOR, and ANDERSON, Circuit Judges.

BY THE COURT:

Appellant's unopposed motion to remand and vacate is GRANTED.  The stay imposed on August 10, 2016, is lifted. The district court's order granting partial summary judgment in favor of the defendants is VACATED.  This matter is REMANDED.

The Clerk's Office is directed to close the file on this appeal.